41 A.3d 853

In re Nomination Petition of Lawrence M. FARNESE, Jr. as Candidate for the Democratic Nomination for Senator in the General Assembly from the First Senatorial District.

Objection of John H. Morley, Jr.

Appeal of John H. Morley, Jr.

Supreme Court of Pennsylvania.

April 3, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of April, 2012, the Order of the Commonwealth Court is **AFFIRMED.**